Cincinnati Bar Association *v.* Wilson.

[Cite as *Cincinnati Bar Assn. v. Wilson* (1992), 65 Ohio St.3d 296.]

(No. 91–1771—Submitted October 13, 1992—Decided December 14, 1992.)

*Beth Silverman* and *Peter Rosenwald,* for relator.

*W. David Bertsche, Jr.,* for respondent.

---

*Per Curiam.* We agree with the findings and recommendation of the board. We hereby publicly reprimand respondent and tax costs to her.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.